**ORBIT ENERGY & POWER LLC**
**CASE #22-19628-ABA**

Post-Petition Payment on Pre-Petition Debt

Vendor: Delmarva Power
630 Martin Luther King Blvd
Wilmington, DE 19802

| Check Date | Clear Date | Check Number | Check Amount |
|---|---|---|---|
| 11/16/2022 | 1/4/2023 | 30122 | 11,024.20 |
| TOTAL | | | 11,024.20 |